UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS CAPITAL CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>NEXT COMMUNICATIONS, INC.,<br><br>          Defendant. | Case No.  15-cv-02730-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND GRANTING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>[RE:  ECF 17] |

On January 4, 2016, Plaintiff filed a request for leave to appear telephonically at the Case Management Conference scheduled for January 7, 2016, explaining that Defendant has not yet appeared in the case and that Plaintiff intends to file an application for entry of default.  Given Defendant's failure to appear despite service of process in July 2015, the Court concludes that the more sensible course is to continue the Case Management Conference for thirty days to give Plaintiff an opportunity to seek entry of default.

Accordingly, the Case Management Conference set for January 7, 2016 is CONTINUED to February 11, 2016 at 11:00 a.m.  Plaintiff's request for leave to appear telephonically is GRANTED as to the February 11, 2016 Case Management Conference.

**IT IS SO ORDERED.**

Dated:  January 5, 2016

_____
BETH LABSON FREEMAN
United States District Judge