UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS CAPITAL CORPORATION, a Nevada corporation;<br><br>Plaintiff,<br><br>v.<br><br>NEXT COMMUNICATIONS, INC. a Delaware corporation;<br><br>Defendant. | Case No.: 5:15-CV-02730 NC<br><br>[PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE |

Having considered the Motion for Administrative Relief by Plaintiff Cisco Systems Capital Corporation to take the February 11, 2016 Case Management Conference off calendar and in view of the default judgment entered by the Clerk on this matter, the Court hereby orders that the February 11, 2016 Case Management Conference shall be taken off calendar

**IT IS SO ORDERED.**

Dated: _____                    _____
                                         The Honorable Beth Labson Freeman
                                         United States District Court Judge

[PROPOSED] ORDER RE CASE MANAEMENT CONFERENCE
(Case No. 5:15-CV-02730)