FILED

FEB 12 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS CAPITAL CORPORATION, a Nevada corporation;<br><br>Plaintiff,<br><br>v.<br><br>NEXT COMMUNICATIONS, INC. a Delaware corporation;<br><br>Defendant. | Case No.: 5:15-CV-02730 BLF<br><br>[~~PROPOSED~~] Default JUDGMENT IN A CIVIL CASE |

An Application for Default Judgment by Clerk was filed by Plaintiff Cisco Systems Capital Corporation and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered for Plaintiff Cisco Systems Capital Corporation and against Defendant Next Communications, Inc. Plaintiff Cisco Systems Capital Corporation shall recover from Defendant Next Communications, Inc. the amount of $2,248,956.77. Said judgment shall accrue post-judgment interest at the legal rate until paid in full.

DATED: 2/12/16

Susan Y. Soong
Clerk, United States District Court

*Elizabeth C. Garcia*
Elizabeth C. Garcia, Deputy Clerk